**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   05-cr-00508-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   SALVADOR JOSEPH MESTAS, a.k.a. "Sal Lnu,"

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Thursday, December 1, 2011 at 1:30 p.m.**

    Dated:   October 28, 2011