IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00508-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SALVADOR MESTAS,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court (the fact that a civil trial will continue into tomorrow's docket), the supervised release violation hearing set for December 13, 2011 is **VACATED.** The parties shall jointly contact the Court at 303-335-2170 not later than **December 20, 2011** in order to reset the hearing.

    December 12, 2011