IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00508-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SALVADOR JOSEPH MESTAS, a.k.a. "Sal Lnu,"

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Friday, February 24, 2012, at 2:00 p.m.**

    Dated: December 16, 2011